NUMBER13-05-119-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

_______________________________________________________

 

RODERICK
L. REESE,                                                Appellant,

 

                                           v.

 

STEVEN BERNHOUSEN, CORRECTIONAL 

OFFICER, TDCJ-CID, ET AL.,                                     Appellees.

_______________________________________________________

 

                  On appeal from the 267th
District Court

                           of De Witt
County, Texas.

_______________________________________________________

 

                     MEMORANDUM OPINION

 

                Before Justices
Hinojosa, Yañez, and Garza

                       Memorandum Opinion Per
Curiam

 

Appellant, RODERICK
L. REESE, perfected an appeal from a judgment entered by the  267th District Court of De Witt County, Texas, in cause number 04-11-19824.  The clerk=s record was filed on May 20, 2005.  No reporter=s record was filed.  Appellant=s brief was due on June 20, 2005.  To date, no appellate brief has been
received.








When the appellant has
failed to file a brief in the time prescribed, the Court may dismiss the appeal
for want of prosecution, unless the appellant reasonably explains the failure
and the appellee is not significantly injured by the appellant=s failure to timely
file a brief.  Tex. R. App. P. 38.8(a)(1).

On July 21,
2005, notice was given to all parties that this appeal was subject to
dismissal pursuant to Tex. R. App. P. 38.8(a)(1).  Appellant was given ten days to explain why
the cause should not be dismissed for failure to file a brief.  To date, no response has been received.

The Court, having
examined and fully considered the documents on file, appellant=s failure to file a
proper appellate brief, this Court=s notice, and
appellant=s failure to respond,
is of the opinion that the appeal should be dismissed for want of
prosecution.  The appeal is hereby
DISMISSED FOR WANT OF PROSECUTION.

PER CURIAM

 

Memorandum Opinion delivered and 

filed this the 30th day of August,
2005